UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVE LIN,<br><br>     Plaintiff,<br><br>  vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>     Defendants. | Case No: C 15-2126 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

In accordance with the parties' proposal, the parties shall comply with the following briefing schedule with respect to their cross-motions for judgment:

1. Plaintiff's opening brief due:  6/1/16

2. Defendants' opposition and cross-motion due:  6/15/16

3. Plaintiff's reply and opposition to cross-motion due:  6/22/16

4. Defendants' reply in support of cross-motion due:  6/29/16

The hearing on the cross-motions will take place on **7/16/16 at 1:00 p.m.**  Pursuant to Civil Local Rule 7-1(b), the Court may resolve the motions without oral argument.  The opening and opposition briefs are limited to 25 pages, Plaintiff's reply is limited to 15 pages and Defendants' reply is limited to 10 pages.

IT IS SO ORDERED.

Dated:  8/20/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge