UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVE LIN,<br><br>        Plaintiff,<br><br>  vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No:  C 15-2126 SBA<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER** |

Plaintiff has filed a Motion for Leave to File an Amended Complaint, which is noticed for hearing on March 9, 2016.  Dkt. 24.  This Court's Standing Orders require parties to meet and confer prior to filing any motion or request, and to certify in writing that they have complied with this requirement.  In his motion, Plaintiff avers the following: "Plaintiff's counsel contacted Defendants' counsel to obtain Defendants' consent to the amendment pursuant to Federal Rule of Civil Procedure 15.  However, Defendants have not responded with consent or opposition to the filing of the Amended Complaint as of the time of this filing."  Dkt. 24 at 2.  The Court cannot discern from Plaintiff's cursory statement whether he, in fact, made a *good faith* effort to meet and confer in an effort to obviate the need for judicial intervention.  Accordingly,

IT IS HEREBY ORDERED THAT by no later than the close of business on February 5, 2016, the parties shall meet and confer in person or by telephone regarding Plaintiff's request to amend his complaint.  If the parties are able to reach an agreement, they shall file a stipulation and proposed order withdrawing Plaintiff's motion for leave to amend and authorizing Plaintiff to file an amended complaint.  In the event no agreement is

reached, Defendants shall file their opposition to the motion for leave to amend by February 18, 2016, and Plaintiff shall file his reply by February 25, 2016.

IT IS SO ORDERED.

Dated: 2/3/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge