UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVE LIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and TRINET EMPLOYEE BENEFIT INSURANCE PLAN,<br><br>    Defendants. | Case No: C 15-2126 SBA<br><br>**ORDER DIRECTING DEFENDANTS TO FILE A SURREPLY** |

By no later than March 7, 2016, Defendants shall file a surreply, not to exceed five (5) pages in length, in response to Plaintiff's Reply Brief in Support of Motion for Leave to File an Amended Complaint (Dkt. 29).

IT IS SO ORDERED.

Dated: 3/1/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge